IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**PREFERENCE PARTNERSHIP, INC.**                                **PLAINTIFF**

**v.**                         **CASE NO. 3:10CV00043 BSM**

**AMERICAN EQUIPMENT LEASING, LLC**                  **DEFENDANT**


**AMERICAN EQUIPMENT LEASING, LLC**           **COUNTERCLAIMANT**

**v.**

**PREFERENCE PARTNERSHIP, INC.**              **COUNTERDEFENDANT**

## ORDER

The parties' joint motion and stipulation to dismiss [Doc. No. 10] is granted, and all claims are hereby dismissed without prejudice.

IT IS SO ORDERED this 8th day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE